UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KHAYREE McKOY, an individual,<br><br>                Plaintiff,<br>  vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation, and GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>                Defendants. | CASE NO.: 2:24-cv-01438-RSM<br><br>**ORDER DISMISSING CASE IN ITS ENTIRETY WITH PREJUDICE** |

The Court has reviewed the parties' Stipulation for Dismissal of the Entire Case with Prejudice and good cause appearing,

IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice, each party to bear their own fees and costs.

The Clerk of Court is directed to close this case and terminate it in the CM/ECF system.

SO ORDERED.

//

//

**ORDER DISMISSING CASE IN ITS ENTIRETY WITH PREJUDICE**
**Case No. 2:24-cv-01438-RSM – Page 1**

DKM LAW GROUP, LLP
1700 7th Avenue, Ste. 2100
Seattle, WA 98101
Tel: (206) 407-2518 | Fax: (415) 842-0095

1

2  DATED this 3rd day of January, 2025.

3

4

5  _____
   RICARDO S. MARTINEZ
   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER DISMISSING CASE IN ITS
ENTIRETY WITH PREJUDICE
Case No. 2:24-cv-01438-RSM – Page 2**

**DKM LAW GROUP, LLP**
1700 7th Avenue, Ste. 2100
Seattle, WA 98101
Tel: (206) 407-2518 | Fax: (415) 842-0095